# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CARLOS ESCARZA,

Plaintiff,

V.

THE BANK OF NEW YORK MELLON f/k/a The Bank of New York, as Trustee for CWHEQ Inc., Home Equity Loan Asset Backed Certificates, Series 2006-S10; SPECIALIZED LOAN SERVICING LLC; and McCALLA RAYMER LEIBERT PIERCE, LLC

CASE NUMBER: 1:20-cv-02341

ASSIGNED JUDGE: Honorable Marvin E. Aspen

DESIGNATED MAGISTRATE JUDGE: Honorable Sidney I. Schenkier

TO: (Name and address of Defendant)

THE BANK OF NEW YORK MELLON
f/k/a The Bank of New York, as Trustee for CWHEQ Inc., Home Equity Loan Asset
Backed Certificates, Series 2006-S10
C/o CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rusty A. Payton
PAYTON LEGAL GROUP
20 North Clark Street
Suite 3300
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_Nicole Gibson_
(By) DEPUTY CLERK



May 15, 2020

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _SEE ATTACHED AFFIDAVIT_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                              *Signature of Server*

                                                     _____
                                                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

| Case:<br>1:20-cv-02341 | Court:<br>UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS | County: | Job:<br>4540120 (Escarza v. Bank of NY Mellon, et al. (3 defendants)) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>CARLOS ESCARZA, | | Defendant / Respondent:<br>THE BANK OF NEW YORK MELLON f/k/a The Bank of New York, as Trustee for CWHEQ Inc., Home Equity Loan Asset Backed Certificates, Series 2006-S10; SPECIALIZED LOAN SERVICING LLC; and McCALLA RAYMER LEIBERT PIERCE, LLC | | |
| Received by:<br>Nationwide Investigations | | For:<br>PAYTON LEGAL GROUP | |
| To be served upon:<br>THE BANK OF NEW YORK MELLON f/k/a The Bank of New York, as Trustee for CWHEQ Inc., Home Equity Loan Asset Backed Certificates, Series 2006-S10 C/o CT Corporation System | | | |

I, Kyle Clutter, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Derek Hackett , Company: 208 S. LaSalle Street, Suite 814, CHICAGO, IL 60604
**Manner of Service:** Authorized, May 18, 2020, 1:51 pm CDT
**Documents:** Summons and Complaint (Received May 16, 2020 at 2:46am CDT)

**Additional Comments:**
1) Successful Attempt: May 18, 2020, 1:51 pm CDT at Company: 208 S. LaSalle Street, Suite 814, CHICAGO, IL 60604 received by Derek Hackett . Relationship: Document Specialist ;

_____  05/18/2020
Kyle Clutter                Date
115-002370

Nationwide Investigations
116 W Jackson Suite 254
Chicago , IL 60604
312-361-3598